FLORA YOUNGS, as Executrix of WILLIAM YOUNGS, Deceased, Respondent, *v.* SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, Appellant.

*Youngs* v. *Syracuse, B. & N. Y. R. R. Co.*, 159 App. Div. 930, affirmed.

(Argued March 4, 1915; decided March 23, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 20, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries to plaintiff's testator alleged to have been sustained by him through the negligence of defendant.

*C. V. Byrne* for appellant.

*Clayton R. Lusk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.

---

ELLEN GORMAN, Respondent, *v.* BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Gorman* v. *Brooklyn Heights R. R. Co.*, 155 App. Div. 920, affirmed.

(Argued March 5, 1915; decided March 23, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 8, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*D. A. Marsh* and *George D. Yeomans* for appellant.

*James P. Kohler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ. Absent: HISCOCK, J.